UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANTHONY JOSEPH DAVIS,

     Plaintiff,

v.                                  Case No.  5:23-cv-169-MCR-MJF

RICHARD LEE GIBBS, *et al.,*

     Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se*, initiated this action on June 13, 2023, by filing a civil rights complaint under 42 U.S.C. § 1983, and a motion for leave to proceed *in forma pauperis*. Docs. 1, 2. At the time, Plaintiff was incarcerated at the Apalachee Correctional Institution. Doc. 1 at 3.

On June 26, 2023, the undersigned ordered Plaintiff to correct deficiencies in his complaint and *in forma pauperis* application by filing an amended complaint on the Northern District form and a prisoner consent form with a 6-month account printout. Doc. 4.[1] The undersigned set a compliance deadline of July 26, 2023, and

---

[1] Plaintiff's complaint was not filed on the Northern District form. *See* N.D. Fla. Loc. R. 5.7(A) (requiring that a *pro se* complaint in a civil rights case be filed on the Northern District form). Plaintiff's application for leave to proceed *in forma pauperis* did not include the required prisoner consent form and 6-month account printout. *See* 28 U.S.C. § 1915(a).

warned Plaintiff that failure to comply with the order likely would result in dismissal

of this action for failure to prosecute, failure to comply with an order of this court,

and failure to pay the filing fee or properly seek leave to proceed *in forma pauperis*.

*Id*. at 3-4.

A copy of the order dated June 26, 2023, was mailed to Plaintiff at his address

of record. *See* Docs. 4, 6. The mail was returned on July 20, 2023 as undeliverable,

marked: "EOS" (End Of Sentence), "RTS" (Return to Sender), and "Unable to

Forward." Doc. 6. The undersigned takes judicial notice of information available on

the Florida Department of Corrections, Corrections Offender Network, Inmate

Population Information Detail, located at www.dc.state.fl.us, viewed on this date,

which indicates that Plaintiff was released from prison on June 22, 2023. *See* Fed.

R. Evid. 201.

To date, Plaintiff has not complied with the order dated June 26, 2023, and

has not notified the court of his current address. No correspondence from Plaintiff

has been received since he filed this lawsuit on June 13, 2023.

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1.      This case be **DISMISSED** without prejudice for Plaintiff's failure to

comply with an order of this court.[2]

---

[2] "Federal courts possess an inherent power to dismiss a complaint for failure to
comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Off.*, 845 F.3d

2.       The clerk of court close this case file.

At Panama City, Florida, this <u>28th</u> day of July, 2023.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

### <u>NOTICE TO THE PARTIES</u>

**The District Court referred this case to the undersigned to address all preliminary matters and to make recommendations regarding dispositive matters.** *See* **N.D. Fla. Loc. R. 72.2;** *see also* **28 U.S.C. § 636(b)(1)(B), (C); Fed. R. Civ. P. 72(b). Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636. The parties also are advised that if they dispute the accuracy of any judicially-noticed fact, or if they otherwise wish to be heard on the propriety of the court taking judicial notice of that fact, they must raise this issue in an objection to this report and recommendation.**

---

1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").